**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| O.D., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1234-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

# ORDER

On September 29, 2026, the Court received Petitioner's *pro se* application for federal habeas relief under 28 U.S.C. § 2241 (ECF No. 1). On September 30, 2026, the Court ordered that Respondents provide Petitioner with a bond hearing within seven days to determine if Petitioner may be released on bond or file a motion seeking relief from the order. Order 2-3, ECF No. 3. In response to the Court's Order, Respondents filed a motion to dismiss (ECF No. 4). That motion also requested that the Court transfer this case to the United States District Court for the Southern District of California based on Petitioner's transfer to the Otay Mesa Detention Center in San Diego, California.[1] *Id.* at 2.

[1] The certificate of service attached to Respondents' motion to dismiss showed that Respondents served a copy of the motion on Petitioner at Stewart Detention Center in Lumpkin, Georgia. Resp'ts' Mot. to Dismiss 8, ECF No. 4. In light of Petitioner's transfer to the Otay Mesa Detention Center, the Court ordered Respondents to serve a copy of the motion to dismiss on Petitioner at the Otay Mesa Detention Center and to file a certificate of service showing such service. Text-only Order, Oct. 7, 2026, ECF No. 5. Respondents have done so. Cert. of Serv., ECF No. 6.

Because Petitioner is proceeding *pro se*, the Court DIRECTS Petitioner to respond to Respondents' request that the Court transfer this case to the Southern District of California within fourteen days, indicating whether she consents to Respondents' requested transfer of the case, or whether she opposes the transfer of this case. If Petitioner fails to timely respond, the Court will presume that Petitioner does not oppose the transfer of this case and proceed accordingly.

**SO ORDERED**, this 8th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE